UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV08-05723-MMM (AGRx) | Date | October 20, 2008 |

| Title | Joel Rivera v. Indymac Bancorp, Inc. et al |

| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:** (IN CHAMBERS) - ORDER RE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

    On September 2, 2008, the clerk's office mailed a "Notice of Filing Fee Due Upon Pro Hac Vice Application" to plaintiff's counsel of record David P. Meyer, Patrick G. Warner, and Thomas A. Hargett. As of today's date, the following attorneys have not submitted the required application nor paid the $185.00 pro hac vice appearance fee.

    The Court hereby directs counsel to submit their pro hac vice applications and to pay the pro hac vice appearance fees within ten (10) days of the date of this order. Failure to comply with this order will result in termination of counsel.

    IT IS SO ORDERED.

   :   0

CV-90 (12/02)     **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk RR/AH