1 | Marnie C. Lambert, Esq. (SBN 165019)
mlambert@dmlaws.com
2 | DAVID P. MEYER & ASSOCIATES
CO., LPA
3 | 1320 Dublin Road, Suite 100
Columbus, OH 43215
4 | Telephone: (614) 224-6000
Fax: (614) 224-6066

*Additional counsel listed on signature page*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOEL RIVERA, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC BANKCORP, INC., a Delaware Corporation; FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-08-05723 MMM (AGRx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Margaret M. Morrow |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This stipulation is entered into by and among Plaintiff Joel Rivera ("Rivera"), on behalf of himself individually, and Defendants Federal Deposit Insurance Corporation, in its capacity as Receiver for IndyMac Bank, F.S.B., ("FDIC-Receiver"), and IndyMac Bancorp, Inc. ("IndyMac Bancorp"). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rivera and Defendants FDIC-Receiver and IndyMac Bancorp, representing all parties who have appeared in this action, hereby stipulate that this action shall be dismissed with prejudice. The dismissal of Plaintiff's individual claims has no purported class-wide effect, is without prejudice to any putative class members' rights, and therefore notice of dismissal of this putative class action is not necessary or required. Each party shall bear its own costs and fees.

On September 19, 2008, the Court ordered that this action be stayed for 90 days, through December 18, 2008, pursuant to a Stipulation to Stay Proceedings filed by the parties on September 8, 2008. In light of this Stipulation of Dismissal With Prejudice, the parties hereby stipulate that the 90-day stay may be lifted so that this Stipulation of Dismissal may be filed, and this action dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: ~~December~~ January 15, 2008 | DAVID P. MEYER & ASSOCIATES CO., LPA |

By: /s/
Marnie C. Lambert (SBN 165019)
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Fax: (614) 224-6066
Email: mlambert@dmlaws.com

Phillip Aidikoff (SBN 65014)
Robert A. Uhl, (SBN 75124)
Ryan K. Bakhtiari (SBN 199147)
AIDIKOFF UHL & BAKHTIARI
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone: (310) 274-0666
Fax: 310-859-0513
Email: rbakhtiari@aol.com

David S. Harrison (SBN 206279)
DAVID HARRISON LAW OFFICES
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone: (310) 499-4732
Fax: (310) 499-4739
Email: dshesq@gmail.com

David G. Spivak (SBN 179684)
THE SPIVAK LAW FIRM
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone: (310) 499-4730
Fax: (310) 499-4739
Email: david@spivaklaw.com

Thomas A. Hargett (*pro hac vice* motion to be filed)
MADDOX, HARGETT & CARUSO, P.C.
10100 Lantern Road, Suite 150
Fishers, IN 46037
Telephone: (317) 598-2052
Fax: (317) 598-2050
Email: thargett@mhclaw.com

Attorneys for Plaintiff

STIPULATION OF DISMISSAL
WITH PREJUDICE

```
 1   Dated: December 29, 2008      DYKEMA GOSSETT LLP
                                   Thomas M. Hanson
 2                                 Naomi A. Carry

 3
                                   By: /s/ Naomi A. Carry
 4                                     Naomi A. Carry

 5                                 BAKER BOTTS LLP
                                   Kirk K. Van Tine
 6                                 David A. Super
                                   Ryan E. Bull
 7                                 Mary J. Schmid

 8                                     Attorneys for Defendant
                                       Federal Deposit Insurance Corporation, as
 9                                     Receiver for IndyMac Bank, F.S.B.

10   Dated: December 29, 2008      DYKEMA GOSSETT LLP
                                   Thomas M. Hanson
11                                 Naomi A. Carry

12
                                   By: /s/ Naomi A. Carry
13                                     Naomi A. Carry

14                                     Attorneys for Defendant IndyMac
                                       Bancorp, Inc.
15
     Dated: December ___, 2008     KLEE, TUCHIN, BOGDANOFF & STERN
16                                 LLP
                                   Edward T. Attanasio
17

18                                 By:_____
                                       Edward T. Attanasio
19
                                       Bankruptcy Counsel for Alfred H. Siegel,
20                                     Chapter 7 Trustee for Defendant Indymac
                                       Bancorp, Inc.
21
```

STIPULATION OF DISMISSAL
WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: December ____, 2008 | DYKEMA GOSSETT LLP<br>Thomas M. Hanson<br>Naomi A. Carry |
| 2 | | |
| 3 | | |
| 4 | | By:_____<br>Naomi A. Carry |
| 5 | | BAKER BOTTS LLP<br>Kirk K. Van Tine<br>David A. Super<br>Ryan E. Bull<br>Mary J. Schmid |
| 6 | | |
| 7 | | |
| 8 | | Attorneys for Defendant<br>Federal Deposit Insurance Corporation, as<br>Receiver for IndyMac Bank, F.S.B. |
| 9 | | |
| 10 | Dated: December ____, 2008 | DYKEMA GOSSETT LLP<br>Thomas M. Hanson<br>Naomi A. Carry |
| 11 | | |
| 12 | | |
| 13 | | By:_____<br>Naomi A. Carry |
| 14 | | Attorneys for Defendant IndyMac Bancorp, Inc. |
| 15 | Dated: December 22, 2008 | KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Edward T. Attanasio |
| 16 | | |
| 17 | | |
| 18 | | By: /s/ Edward T. Attanasio<br>Edward T. Attanasio |
| 19 | | Bankruptcy Counsel for Alfred H. Siegel, Chapter 7 Trustee for Defendant Indymac Bancorp, Inc. |
| 20 | | |
| 21 | | |

3

STIPULATION OF DISMISSAL
WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed *via* the Court's electronic filing system this ___ day of January, 2009, and was hereby served upon all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Marnie C. Lambert
Marnie C. Lambert, Attorney for Plaintiffs